■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO LOPEZ-SUOZO, True Name ALFREDO LOPEZ-SUAZO, Appellant. [63 NYS3d 865]—Judgment, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered August 5, 2014, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Gische, Kapnick and Moulton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CONCEPCION, Appellant. [63 NYS3d 856]—Judgment of resentence, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered August 10, 2015, resentencing defendant to a term of 22 years, unanimously affirmed.

On remand from this Court (128 AD3d 612, 614 [1st Dept 2015], *lv denied* 26 NY3d 927 [2015]), the resentencing court providently exercised its discretion in denying youthful offender treatment (*see People v Drayton*, 39 NY2d 580 [1976]) in light of the heinous circumstances of the homicide.

We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Gische, Kapnick, Kahn and Moulton, JJ.